UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE:

**ANGELA MAE STOUFFER**  **CASE NO. 09-21477**
**DEBTOR**

IN RE:

**STEVEN W. BARRETT**  **CASE NO. 09-21589**
**DEBTOR**

IN RE:

**GEORGE WILLIAM HAMILTON**  **CASE NO. 09-21767**
**DEBTOR**

IN RE:

**KEVIN P. WALSH**  **CASE NO. 09-21942**
**DEBTOR**

IN RE:

**JULIE ANN TEIPEL**  **CASE NO. 09-22152**
**DEBTOR**

IN RE:

**JAMES C. McPETERS**
**JACQUELINE R. McPETERS**  **CASE NO. 09-22177**
**DEBTORS**

IN RE:

**HOMER KING**
**MARGARET A. KING**  **CASE NO. 09-22372**
**DEBTORS**

IN RE:

**GARY RANDALL THOMPSON**  **CASE NO. 09-22660**
**DEBTOR**

IN RE:

TIMOTHY DANIEL WHITE                                                    CASE NO. 09-23309
DEBTOR

### ORDER TO SHOW CAUSE

These matters having come on for hearing on the Trustee's Motion for Order Requiring Attorney for Debtors to Show Cause Why Sanctions Should Not Be Imposed and the court having heard the parties present, reviewed the record and being otherwise sufficiently advised, **IT IS HEREBY ORDERED** as follows:

1. This matter is set for an evidentiary hearing on **Tuesday, May 18, 2010 at 1:30 p.m. in the U.S. Bankruptcy Courtroom, 35 W. 5th Street, Room 306, Covington, Kentucky** at which time the court will take evidence to determine whether sanctions, including but not limited to monetary sanctions, fee disgorgements and/or a prohibition from further practice before the U.S. Bankruptcy Court for the Eastern District of Kentucky, are warranted.

2. That on or before May 5, 2010 at 4:00 p.m., the parties shall file (a) any exhibits which they wish to offer into evidence and shall deliver a notebook to chambers with an index and paper copies of the proposed exhibits, and (b) a list of witnesses expected to be called at said evidentiary hearing and a summary of anticipated testimony. Any objections to any exhibit or witness shall be filed on or before May 11, 2010.

COPIES TO:

Beverly M. Burden, Esq.
Michael W. Lyons, Esq.
John Daugherty, Esq.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
*The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.*



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge
Dated: Tuesday, April 20, 2010
(tnw)**